EDWARD G. FISCHER, as Ancillary Administrator c. t. a. of the Estate of SARAH F. BARNES, Deceased, Appellant, v. GUARANTY TRUST COMPANY and ARTHUR B. LAWRENCE, as Executors and Trustees of the Estate of MAX LIPPMAN, Deceased, and Others, Respondents, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

KASSIEL HOMNICK and DRUCKER & GUSSOFF REALTY CORP., Respondents, v. NEW YORK DOCK TRADE FACILITIES CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

MORRIS L. IDELEVITZ, Appellant, v. FREDERICK BERNSTEIN and Others, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of the Application for a Compulsory Accounting in the Estate of THOMAS B. HIDDEN, Deceased. EMPIRE TRUST COMPANY, as Sole Surviving Trustee under the Last Will and Testament of THOMAS B. HIDDEN, Deceased, Appellant; JAMES E. CARROLL, as Special Guardian for MARJORIE SULLY and Others, Infants, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 753.] The following question is certified: Are the infants Marjorie Sully, Joyce Sully, Katherine Sully, Joan Hidden and Judith Hidden necessary parties to this proceeding? Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of the Application of WILLIAM W. KLEINMAN, Petitioner, for an Order of Restraint against THE SUPREME COURT OF THE STATE OF NEW YORK, Honorable ERSKINE C. ROGERS, Individually and as a Justice of the Supreme Court, and Others, etc., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of the Application of JOHN GEORGE LERCH for Admission to Practice as an Attorney and Counselor at Law. (From the District of Columbia.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of the Application of WILLIAM LOWE and OLIVIA OLSEN for an Order of Prohibition, Appellants, against CHARLES E. TAYLOR, as Surrogate of Orange County, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.